**Order entered January 10, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01532-CV

### RICHARD A. MYERS, ET AL., Appellants

### V.

### LINDA PAVLIK, ET AL., Appellees

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-13928**

## ORDER

On August 7, 2013, the trial court signed a judgment nunc pro tunc clarifying that its previous order of dismissal signed on January 19, 2013 was actually signed on January 18, 2013. This Court has an appeal of the dismissal order that is docketed under appellate cause number 05-13-00380-CV. Appellate cause number 05-13-01532-CV is a duplicate appeal involving the same trial court order. Accordingly, on the Court's on motion, we **DIRECT** the Clerk of this Court to administratively close the appeal docketed under appellate cause number 05-13-01532-CV.

/s/     ELIZABETH LANG-MIERS
        JUSTICE